UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHAEL CLIFFORD and JOAN CLIFFORD,

Plaintiffs,

- against -

DEPUY ORTHOPAEDICS, INC.,

Defendant.

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Civil Action No.: 1:09-CV-805

*It is hereby stipulated and agreed*, by and between the undersigned attorneys for all

the parties who have appeared in this action, that whereas no party hereto is an infant or

incompetent person for whom a committee has been appointed, and no person not a party

has an interest in the subject matter of the action, the above-entitled action be and hereby

is dismissed in its entirety, with prejudice, against Defendant, DePuy Orthopaedics, Inc.

without costs against any party.

THE LAW OFFICES OF
MICHAEL P. DELANEY
465 New Karner Road
Albany, New York 12205
Attorneys for Plaintiffs

MICHAEL P. DELANEY
Dated: December 2, 2009

PATTERSON, BELNAP, WEBB &
TYLER
1133 Avenue of the Americas
New York, New York 10036-6710
Attorneys for Defendant.

JAMES F. MURDICA          SO ORDERED
Dated: December 2, 2009

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

12/3/09